UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>   v.<br><br>MELENDEZ,<br><br>        Defendant. | No. 2:18-cv-0588-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to submit his in forma pauperis application pursuant to the court's March 26, 2018 order.

Plaintiff's request (ECF No. 5) is granted and plaintiff has 30 days from the date this order is served to file his in forma pauperis application.

So ordered.

Dated: May 3, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE